**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 6 2012



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY



August 15, 2012

BY HAND
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
Room 15A
New York, New York

Gigi Jordan v. Raymond Mirra, Jr.
12-CV-1742 (KBF)

Dear Judge Forrest:

In the Court's Order dated May 17, 2012, you ordered that the New York County District Attorney's Office provide the Court with an update every ninety days on the status and progress of People v. Gigi Jordan, New York County Ind. No. 612/10, now pending in Supreme Court, NY County (Part 82, Criminal Term)(the "Criminal Proceeding"). During the period from June 12, 2012 and July 20, 2012, various requests, motions and complaints have been made in the Criminal Proceeding regarding pending matters. I will be brief in my description of events and motions, and I will respond in any greater detail should the Court require it.

Since the Court's May 17th Order, the defendant Ms. Jordan has appeared three times before Justice Solomon in the Criminal Proceeding concerning discovery and evidentiary matters: on June 12, June 29, and July 20, 2012. On June 12, 2012, Justice Solomon ruled on a pending motion concerning a search warrant, and the defense stated that they would file additional papers on that motion. The defense asked for and was granted additional time for a privilege review of documents and evidence. A motion for a confirmatory buccal swab from the defendant was filed and is still pending. Should that motion be granted, DNA analysis of the swab will take approximately 60 to 90 days. The defense made a motion, granted on June 29, 2012, to have all of the defendant's computers, phones, Blackberry and other devices re-imaged. That issue (with respect to the actual re-imaging process) is still being litigated.

The defense also made a motion to suppress physical evidence on June 25, 2012. The People responded to that motion on July 20, 2012 (the most recent court date), and that motion is pending decision. Those requests await resolution and will be addressed on the next court date of September 7, 2012. No trial date can be set until the privilege review has been completed, and that evidence provided to the People's psychiatric expert in anticipation of the defendant's psychiatric examination previously ordered by Justice Solomon. Copies of all correspondence, motions, responses and calendar minutes are available should Your Honor wish to see them.

Sincerely,

Kerry J. O'Connell
Assistant District Attorney
212 335-4336

cc: Stephen G. Murphy, Esq.
Ronald L. Kuby, Esq.
(by electronic mail and USPS)
Hon. Charles H. Solomon (by hand)

*Clerk of Court is directed to place this letter on the public docket.*

SO ORDERED: 8/16/12

*Katherine B. Forrest*
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE