**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

November 14, 2012

BY HAND
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York



Gigi Jordan v. Raymond Mirra, S.D.N.Y.
12-CV-1742 (KBF)

Dear Judge Forrest:

     In the Court's Order dated May 17, 2012, you ordered that the New York County District Attorney's Office give the Court an update on the status and progress of the People v. Gigi Jordan, New York County Ind. No. 612/10, now pending in Supreme Court NY County Part 82, Criminal Term. I write to provide the Court with the second scheduled update. Since August 14, 2012, the parties in the criminal matter have appeared in New York State Supreme Court Part 82 four times. Justice Charles H. Solomon will calendar the case every two weeks for all purposes, barring insurmountable scheduling conflicts and other obstacles such as the recent hurricane.
     There have been no new orders issued by Judge Solomon since the ones I last provided to this Court after the update on August 14th. There are requests and motions under consideration at this time; the next court date before Justice Solomon is November 16, 2012. As always, copies of all correspondence, motions/responses and calendar minutes are available should Your Honor wish to see them.

                      Sincerely,

                      Kerry J. O'Connell
                      Assistant District Attorney
                      212 335-4336

cc: by email and USPS
    Amy Adelson, Esq.
    Kenneth Sweder, Esq.
    Laurie Ruskin, Esq.
    Nathan Dershowitz, Esq.
    Joseph Moodhe, Esq.