**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 8 2013
```

May 23, 2013

BY HAND
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

          Gigi Jordan v. Raymond Mirra, Jr.
          12-CV-1742 (KBF)

Dear Judge Forrest:

    In the Court's Order dated May 17, 2012, you ordered that the New York County District Attorney's Office give the Court an update on the status and progress of the People v. Gigi Jordan, New York County Ind. No. 612/10, now pending in Supreme Court NY County Part 82, Criminal Term.

    I was on trial in another matter last week and failed to update the Court in a timely manner, and for that I apologize. Since the last update filed with the Court in February of 2013, the parties have appeared before Justice Solomon approximately ten times. Rather than detail the events of each calendar call, I will give the Court an overview of our status in the criminal matter; we are now appearing in Part 82 before Justice Solomon on a weekly basis, which will change to biweekly beginning in June. We are still on course for our trial date of September 16, 2013. Right now, other motion practice is still ongoing. Ms. Jordan has refused to be examined by the People's psychiatric experts pursuant to New York Criminal Procedure Law §250.10. As always, greater detail and copies of all correspondence, motions/responses and calendar minutes are available should Your Honor wish to see them.

                          Sincerely,

                          Kerry J. O'Connell
                          Assistant District Attorney
                          212 335-4336

cc: Amy Adelson, Esq.
    Kenneth Sweder, Esq.
    Laurie Ruskin, Esq.
    Nathan Dershowitz, Esq.
    Joseph Moodhe., Esq.

*[Handwritten:]* Ordered. Next status report no later than September 30, 2013.

5/28/13     K. B. Forrest
              USDJ