DISTRICT ATTORNEY
OF THE
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

CYRUS R. VANCE, JR
DISTRICT ATTORNEY

September 26, 2013

RECEIVED
SEP 26
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED SEP 2 7 2013

BY HAND
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Gigi Jordan v. Raymond Mirra, Jr.
12-CV-1742 (KBF)

Dear Judge Forrest:

In the Court's Order dated May 17, 2012, you ordered that the New York County District Attorney's Office give the Court an update on the status and progress of the People v. Gigi Jordan, New York County Ind. No. 612/10, now pending in Supreme Court NY County Part 82, Criminal Term.

Since the last update filed with the Court in May of 2013, the parties have appeared before Justice Solomon approximately ten times. During the past several months the anticipated trial date of September 16, 2013, has been moved back to after the first of the year due to extensive litigation on a variety of matters. We are also awaiting several important decisions from Justice Solomon related to various matters including a motion to dismiss the indictment. The defense has filed an appeal of the trial court's most recent denial of bail, which will be heard in the Appellate Division, First Department, at the end of October or beginning of November. Our next court appearance is scheduled for October 4, 2013. As always, greater detail and copies of all correspondence, motions/responses and calendar minutes are available should the Court wish to see them.

Sincerely,

Marit A. DeLozier
Assistant District Attorney
212 335-4087

cc: Amy Adelson, Esq.
Kenneth Sweder, Esq.
Laurie Ruskin, Esq.
Nathan Dershowitz, Esq.
Joseph Moodhe., Esq.

Ordered

Post to docket. Next
status report is 90
days.

9/26/13    K    B. Forrest
USDJ