UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Gigi Jordan,
                Plaintiff,

-v-                                           12 Civ. 1742 (KBF)

Raymond A. Mirra, Jr.,
                Defendant.
-------------------------------------------------------------x

**NOTICE OF MOTION TO LIFT STAY OF PROCEEDINGS**

      PLEASE TAKE NOTICE that, upon the annexed Affirmation of Allan L. Brenner, duly executed on the 8th day of November, 2013, the accompanying Memorandum of Law dated November 8, 2013, and the exhibits thereto, the undersigned will move this Court, before the Honorable Katherine B. Forrest, at Courtroom 15A of the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, at a date and time to be scheduled by this Court, for an Order lifting stay of proceedings in the above-captioned action, of which proceedings were stayed by this Court on May 17, 2012 pursuant to the

1

request of Defendant Raymond A. Mirra, Jr., and intervenor District Attorney, New York County.

Dated:   New York, New York
         November 8, 2013

*Allan L. Brenner*
_____
Allan L. Brenner (ALB5018)
536 West Penn Street – 2nd Floor
Long Beach, New York 11561
516-897-6145
brenner.allan@yahoo.com

*Attorney for Plaintiff*