UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Gigi Jordan,

      Plaintiff,

-v-               12 Civ. 1742 (KBF)

Raymond A. Mirra, Jr.,

      Defendant.

------------------------------------------------------------x


**AFFIRMATION IN SUPPORT OF MOTION TO LIFT STAY OF PROCEEDINGS**

  Allan L. Brenner, an attorney duly admitted to practice before this Court, and the Courts of the State of New York, hereby affirms, under the pains and penalties of perjury, as follows:

1. I am an attorney for Gigi Jordan, plaintiff herein, and I make this Affirmation in support of her motion to lift stay of proceedings in the above-captioned action, as set forth in the accompanying Notice of Motion.

2. I incorporate by reference herein the Statement of Facts in the accompanying Memorandum of Law, pp. 3-15, and the exhibits thereto, as if fully set forth herein. I affirm that those facts are true, based upon both personal knowledge and upon information and belief.

The basis of my information and belief include the prior representation made by the Defendant Raymond A. Mirra, Jr., and intervenor District Attorney, New York County herein, the documents referenced in the Memorandum, conversations with my client, and the exhibits herein.

WHEREFORE, it is respectfully requested that this Court grant the relief requested in the accompanying Notice of Motion.

Respectfully Submitted,

*Allan L. Brenner*

_____
Allan L. Brenner (ALB5018)
536 West Penn Street – 2nd Floor
Long Beach, New York 11561
516-897-6145
brenner.allan@yahoo.com

*Attorney for Plaintiff*

Dated:  New York, NY
November 8, 2013