# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**Joseph P. Moodhe**
Partner
Tel 212 909 6241
Fax 212 909 6836
jpmoodhe@debevoise.com

November 25, 2013

BY NYSCEF

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jordan v. Mirra,* 2:12-cv-01742-KBF

Dear Judge Forrest:

      We represent the Defendant, Raymond A. Mirra Jr., in the above-captioned action.

      In light of Your Honor's order granting the New York County District Attorney's request for a one day extension to file a response to Plaintiff Gigi Jordan's motion to lift the stay, we are writing to respectfully request the same extension of time to file Defendant's response. I had indicated to ADA Christine Ante last Friday that if she were granted an extension, I would also be seeking the same extension, and she had no objection. I also contacted Plaintiff's attorney, Mr. Allan Brenner by email today, and he has consented to my request for this extension.

Respectfully submitted,

Joseph P. Moodhe

cc: Allan L. Brenner, Esq.
     Kenneth A. Sweder, Esq.
     Nathan Z. Dershowitz, Esq.
     Christine Ante, Esq.