**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY



BY ECF and E-mail
Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

November 22, 2013

RE: Jordan v. Mirra,
    12 Civ. 1742 (KBF)

Dear Judge Forrest:

  I am an Assistant District Attorney in the New York County District Attorney's Office and am assigned to the above-captioned matter in which the New York County District Attorney's Office ("DANY") was permitted by your Honor to intervene for the purpose of a stay in discovery proceedings.

  I write on behalf of DANY to respectfully request a very brief one (1) day enlargement of time, from November 25, 2013 to November 26, 2013, within which DANY may respond to plaintiff's motion to lift the stay. I contacted Jordan's attorney, Mr. Allan Brenner by voice mail and by e-mail today, seeking his consent but I have not yet received a reply. I also contacted Mirra's attorney, Mr. Moodhe, and he has consented to this request. This is DANY's first request for an extension of time to respond to plaintiff's motion to lift the stay.

  I have a November 25, 2013 outpatient procedure that cannot be rescheduled. I fully anticipate to be back at work on November 26, 2013 to file DANY's motion opposing the lifting of the stay.

  For the above stated reason, DANY respectfully requests that the Court grant the request extending the time for DANY to respond to plaintiff's motion by one (1) day, from November 25, 2013 to November 26, 2013.  Thank you for your consideration.

               Respectfully submitted,

               Christina Ante
               Assistant District Attorney
               212-335-9149 (telephone)
               212-335-4390 (fax)

cc: Allan L. Brenner, Esq.
   Joseph P. Moodhe, Esq.
   Robert L. Raskopf, Esq.

               Request granted.
               So Ordered.

               *K. B. Forrest*
                  11/22/13