DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
www.debevoise.com

Joseph P. Moodhe
Partner
Tel  212 909 6241
Fax  212 909 6836
jpmoodhe@debevoise.com

November 25, 2013

BY NYSCEF

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  NOV 2 5 2013        │
└─────────────────────────────────┘
```

Re: *Jordan v. Mirra*, 2:12-cv-01742-KBF

Dear Judge Forrest:

We represent the Defendant, Raymond A. Mirra Jr., in the above-captioned
action.

In light of Your Honor's order granting the New York County District Attorney's
request for a one day extension to file a response to Plaintiff Gigi Jordan's motion to lift
the stay, we are writing to respectfully request the same extension of time to file
Defendant's response. I had indicated to ADA Christine Ante last Friday that if she were
granted an extension, I would also be seeking the same extension, and she had no
objection. I also contacted Plaintiff's attorney, Mr. Allan Brenner by email today, and he
has consented to my request for this extension.

Respectfully submitted,

Joseph P. Moodhe

Ordered
Application's granted.

K. B. Forrest
11/25/13  USDJ

cc:  Allan L. Brenner, Esq.
     Kenneth A. Sweder, Esq.
     Nathan Z. Dershowitz, Esq.
     Christine Ante, Esq.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai