UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GIGI JORDAN

                        Plaintiff,                    **DECLARATION OF**
                                                                        **CHRISTINA ANTE**

      -against-

RAYMOND A. MIRRA, JR.,

                                                                    **2012 CV 1742**

                        Defendant.

------------------------------------------------------------------------ x

      **CHRISTINA ANTE**, declares pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

      1.  I am an Assistant District Attorney in the office of Cyrus R. Vance, Jr., New York County District Attorney, and I represent District Attorney Cyrus R. Vance, Jr. and the New York County District Attorney's Office.  This Court allowed this Office to intervene in the above-captioned matter.  As such, I am familiar with the facts stated below.

      2.  This declaration is submitted in support of the New York County District Attorney Office's Memorandum of Law in Opposition to Motion to Lift Stay of Proceedings.

      3.  A copy of the Complaint for the civil action, Mirra v. Jordan, 13 Civ. 5519, is annexed hereto as Exhibit "1."

      4.  A copy of the New York County District Attorney Office's Motion to Intervene and Stay Discovery in Mirra v. Jordan, 13 Civ. 5519 is annexed hereto as Exhibit "2."

      5.  A copy of Justice Charles Solomon's Decision of Jordan's Third Bail Application is annexed hereto as Exhibit "3."

6. A letter by Joseph Moodhe, Esq. dated November 21, 2013 is annexed hereto as Exhibit "4."

7. A letter by Assistant District Attorney Matthew Bogdanos dated November 18, 2013 is annexed hereto as Exhibit "5."

Dated: New York, New York
November 26, 2013

                        CYRUS R. VANCE, JR.
                        District Attorney, New York County
                        One Hogan Place
                        New York, New York 10013
                        (212) 335-9149 telephone
                        (212) 335-4390 facsimile


By: ____/s/_____
    Christina Ante (CA-1227)
    Assistant District Attorney
      Of Counsel