UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN.

                                                                   **Plaintiff,**

        - against -

RAYMOND A. MIRRA, JR.,

                                                                   **Defendant**.

2012 CV 1742

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE that the undersigned appears herein for Cyrus R. Vance, Jr. and The New York County District Attorney's Office. It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated:  New York, New York
             December 3, 2013

                                      **CYRUS R. VANCE, JR.**
                                        District Attorney, New York County
                                        One Hogan Place
                                        New York, New York 10013

                                   By:   /s/ Christina Ante
                                               Christina Ante
                                               Assistant District Attorney, Of Counsel
                                               (212) 335-9149 (telephone)
                                               (212) 335-4390 (facsimile)
                                               antec@dany.nyc.gov