UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Gigi Jordan,

                Plaintiff,

-v-                                                    12 Civ. 1742 (KBF)

Raymond A. Mirra, Jr.,

                Defendant.

------------------------------------------------------------x


**AFFIRMATION IN SUPPORT OF REPLY TO DEFENDANT'S AND INTERVENOR'S OPPOSITION TO MOTION TO LIFT THE STAY**

      Allan L. Brenner, an attorney duly admitted to practice before this Court, and the Courts of the State of New York, hereby affirms, under the pains and penalties of perjury, as follows:

1. I am an attorney for Gigi Jordan, plaintiff herein, and I make this Affirmation in support of her reply to defendant's and intervenor's opposition to motion to lift the stay in the above-captioned action.

2. I incorporate by reference herein the accompanying Memorandum of Law, and the exhibit thereto, as if fully set forth herein.  I affirm that those facts are true, based upon both personal knowledge and upon information and belief. The basis of my information and belief include the prior representation made by the Defendant Raymond A. Mirra,

Jr., and intervenor District Attorney, New York County herein, the documents referenced in the Memorandum, conversations with my client, and the exhibit herein.

WHEREFORE, it is respectfully requested that this Court grant the relief requested that the motion to lift the stay be granted in its entirety.

                                              Respectfully Submitted,

                                              /s/ Allan L. Brenner
                                              _____
                                              Allan L. Brenner (ALB5018)
                                  536 West Penn Street – 2nd Floor
                                        Long Beach, New York 11561
                                                     516-897-6145
                                              brennerlawlb@gmail.com

                                              *Attorney for Plaintiff*

Dated:  Long Beach, NY
        December 4, 2013